# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIANNA JONES,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>MONTGOMERY COUNTY YOUTH CENTER et al.,<br><br>　　　　　*Defendants.* | CIVIL ACTION<br>NO. 19-04216 |

## ORDER

**AND NOW**, this 18th day of November 2019, upon Plaintiff's Amended Complaint being docketed on November 14, 2019 (ECF No. 9), it is hereby **ORDERED** that the Plaintiff shall **SERVE** *pro se* Defendant Joel Springer with this Order as well as the Amended Complaint in a manner consistent with Federal Rule of Civil Procedure 5 and **FILE** the appropriate proof of service with the Clerk of this Court no later than **December 2, 2019**.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.