Samuel A. Anyan, Jr., Esquire (Atty ID#: 202503)
2000 Market Street, Suite 2750
Philadelphia, PA 19103
(215) 569-0900

## United States District Court
### In the Eastern District of Pennsylvania

Brianna Jones
    v.

Montgomery County Youth Center, et al

Case No.:2:19-cv-4216-GJP

Commonwealth of Pennsylvania
County of Philadelphia   ss

## AFFIDAVIT OF PERSONAL SERVICE

I, **George Phillips,** being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | Joel Springer |
| DOCUMENTS SERVED: | First Amended Civil Action Complaint |
| DATE & TIME OF SERVICE: | 12/21/2019  12:52 PM |
| PHYSICAL DESCRIPTION: | **Age:** 29   **Weight:** 215   **Hair:** Black |
| | **Sex:** Male   **Height:** 5'8"   **Race:** Black |
| SERVED ADDRESS: | 8430 Pickering Ave |
| | Philadelphia, PA 19150 |

By delivering a true copy to Joel Springer and informing him/her of the contents.

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Subscribed and sworn before me, a Notary Public, this 23rd day of December, 2019

_____
Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission expires on: 12/12/2021

_____
George Phillips
Dennis Richman's Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA 19102
(215) 977-9393

GPS: 40.082092; -75.173436



Order #P174532