IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIANNA JONES,<br><br>Plaintiff,<br><br>v.<br><br>MONTGOMERY COUNTY YOUTH CENTER, and MONTGOMERY COUNTY, and JOEL SPRINGER,<br><br>Defendants. | CIVIL NO. 2:19-cv-04216-GJP |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOEL SPRINGER PURSUANT TO FED.R.CIV.P. 55**

**TO THE CLERK:**

Pursuant to the Federal Rules of Civil Procedure 55, Plaintiff respectfully requests this Honorable Court to enter Default against the Defendant, Joel Springer, for failure to answer or otherwise plead to the allegations of this Civil Action within the time required by the rules or as extended by court order.

Respectfully submitted,

/s/ *Samuel A. Anyan, Jr.*
Samuel A. Anyan, Jr., Esquire
**Wapner Newman**
2000 Market Street, Suite 2750
Philadelphia, PA 19103
Phone: (215) 569-0900
Fax:    (215) 569-4621
Email: sanyan@wapnernewman.com

*Attorney for Plaintiff*

Date:  **November 9, 2020**

## CERTIFICATE OF SERVICE

I, Samuel A. Anyan, Jr., Esquire, hereby certify that on this 9th day of November 2020, caused a true and correct copy of Plaintiff's Request for Default Pursuant to Fed.R.Civ.P. 55 to be filed with the Clerk of Court via the Court's CM/ECF filing system, and served on the *pro se* Defendant via Certified Mail Return Receipt Requested and First-Class Mail as addressed below:

Joel Springer  
8430 N. Pickering Avenue  
Philadelphia, PA 19150  
*Pro Se Defendant*

/s/ *Samuel A. Anyan, Jr.*  
Samuel A. Anyan, Jr., Esquire  
**Wapner Newman**  
2000 Market Street, Suite 2750  
Philadelphia, PA 19103  
Phone: (215) 569-0900  
Fax:    (215) 569-4621  
Email: sanyan@wapnernewman.com  

*Attorney for Plaintiff*

**Dated:** **November 9, 2020**